[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-2364

AHMED ALEXANDER KAMARA,

Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.



ON PETITION FOR REVIEW OF AN ORDER

OF THE BOARD OF IMMIGRATION APPEALS



Before

Torruella, Chief Judge,
Selya and Stahl, Circuit Judges.



Stephen A. Lagana and Lagana & Associates on brief for petitioner.
Frank W. Hunger, Assistant Attorney General, David M. McConnell,
Assistant Director, Office of Immigration Litigation, and Allen W.
Hausman, Senior Litigation Counsel, Office of Immigration Litigation,
Civil Division, U.S. Department of Justice, on brief for respondent.



APRIL 16, 1998


Per Curiam. This petition for review is frivolous. 
Petitioner raises no cognizable challenge to the order of the
Board of Immigration Appeals finding his appeal untimely. 
Instead, petitioner attempts to raise claims not addressed in
that order. We have no jurisdiction to consider those claims.
The order is affirmed. See 1st Cir. Loc. R. 27.1. The
stay of deportation granted by this court now is lifted.